516 A.2d 1185

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**HAGOOD.**

Supreme Court of Pennsylvania.

Oct. 30, 1986.

Petition for Allowance of Appeal GRANTED, No. 51 M.D. Appeal Docket 1986.

516 A.2d 1185

**Blair and Julia CUNNINGHAM, et al.**

v.

**INSURANCE COMPANY OF NORTH AMERICA, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 30, 1986.

Petition for Allowance of Appeal GRANTED, No. 52 M.D. Appeal Docket 1986.